**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
SAUL ROSTAMIAN, Cal. Bar No. 235292
srostamian@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

*Attorneys for Defendant*
FACEFIRST, INC.

(Eddie) Jae Kook Kim (Cal. Bar No. 236805)
(ekim@carlsonlynch.com)
**CARLSON LYNCH LLP**
117 E. Colorado Blvd., Ste. 600
Pasadena, CA 92101
(619) 762-1910 (phone)

*Attorneys for Plaintiffs and
Proposed Class Counsel*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VANCE, et al., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>FACEFIRST, INC.,<br><br>              Defendant. | Case No. 2:20-cv-06244-DMG-KS<br><br>**<u>CLASS ACTION</u>**<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[*Proposed Order Submitted Concurrently Herewith*]<br><br>Complaint Filed: July 14, 2020<br>Trial Date: None set |

## STIPULATION

Pursuant to Local Rule 7.1, Plaintiffs Steven Vance and Tim Janecyk (collectively, "Plaintiffs"), on the one hand, and Defendant FaceFirst, Inc. ("Defendant"), on the other hand, by and through their attorneys of record, stipulate and agree as follows:

WHEREAS, on July 14, 2020, Plaintiffs initiated this action by filing a *Complaint* against Defendant. (Dkt. 1);

WHEREAS, Defendant was served with the *Summons* and *Complaint* on July 27, 2020 (Dkt. 30);

WHEREAS, Defendant's response to the *Complaint* was originally due on August 17, 2020, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) (Dkt. 30);

WHEREAS, on August 26, 2020, counsel for Defendant entered their appearances in this action;

WHEREAS, on August 26, 2020, the parties filed their first *Stipulation to Extend Time to Respond to Initial Complaint* and, pursuant to that stipulation, on August 28, 2020 the Court ordered that the deadline for Defendant FaceFirst, Inc. to respond to the *Complaint* is extended to September 23, 2020;

WHEREAS, the parties are engaged in settlement discussions, and need additional time in order to define the parameters of a potential settlement; and

WHEREAS, undersigned counsel have conferred, and Plaintiffs are amenable to an extension of time for Defendant to respond to the *Complaint*, to and including October 23, 2020.

THEREFORE, it is mutually agreed by and between the parties that the deadline for Defendant to respond to the Complaint in the above-captioned case shall be extended to the new deadline of October 23, 2020.

| | | |
|---|---|---|
| 1 | Dated: September 16, 2020 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By        */s/ Saul S. Rostamian*
P. CRAIG CARDON
SAUL S. ROSTAMIAN

*Attorneys for Defendant*
FACEFIRST, INC.

## **CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2020    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Saul S. Rostamian*
SAUL S. ROSTAMIAN

*Attorneys for Defendant*
FACEFIRST, INC.

Dated: September 16, 2020     CARLSON LYNCH, LLP

By     */s/ Joe Kook Kim*
       (Eddie) JAE KOOK KIM

(Eddie) Jae Kook Kim (Cal. Bar No. 236805)
(ekim@carlsonlynch.com)
**CARLSON LYNCH LLP**
117 E. Colorado Blvd., Ste. 600
Pasadena, CA 92101
(619) 762-1910 (phone)

Gary Lynch
(glynch@carlsonlynch.com)
Katrina Carroll
(kcarroll@carlsonlynch.com)
Nicholas R. Lange
(nlange@carlsonlynch.com)
**CARLSON LYNCH LLP**
111 West Washington Street, Ste 1240
Chicago, Illinois 60602
(312) 750-1265 (phone)

Megan Piece (Cal Bar. No. 314044)
(megan@loevy.com)
Michael Kanovitz
(mike@loevy.com)
Scott R. Drury
(drury@loevy.com)
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)


*Attorneys for Plaintiff*